UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>CIRCUIT APPEAL, et al.,<br><br>        Defendants. | Case No.  1:23-cv-01284-BAM<br><br>**ORDER DISREGARDING PLAINTIFF'S NOTICE OF ERRATA**<br><br>(Doc. 6) |

Plaintiff William J. Gradford ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil action on August 28, 2023. (Doc. 1.) On September 7, 2023, Plaintiff filed a notice of errata and a request directed to the Clerk of the California Supreme Court. The notice appears to concern an opening brief on the merits filed in that court related to a criminal proceeding. Plaintiff also requested a proof of service by mail to attach with his notice of errata. (Doc. 6.) Plaintiff's notice of errata is HEREBY DISREGARDED as it pertains to a matter in the state court and appears to have been improperly filed with this Court. The Clerk of the Court is directed to terminate the motion on the Court's docket.

IT IS SO ORDERED.

Dated:  **January 8, 2024**         /s/ *Barbara A. McAuliffe*       
                                    UNITED STATES MAGISTRATE JUDGE

1