UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIRCUIT APPEAL, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01284-BAM<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL**<br><br>(Doc. 15) |

　　　　Plaintiff William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this civil on August 28, 2023.  (Doc. 1.)

　　　　On February 12, 2024, Plaintiff filed a notice of voluntary dismissal of this action.  (Doc. 15.)  In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  This Court VACATES all pending dates and matters.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated:　**February 14, 2024**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1